THEODORE KLEISRATH, Respondent, v. DENNIS KENNELLY, Appellant. — Appeal dismissed in open court on consent. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

MATHILDE R. KUNZ, Respondent, v. GEORGE A. KUNZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Carr, Stapleton and Putnam, JJ., concurred; Jenks, P. J., not voting.

HARRY LIFSCHUTZ, an Infant, by LOUIS LIFSCHUTZ, His Guardian ad Litem, Respondent, v. BENJAMIN DRAMEN, Appellant. — The plaintiff is not entitled to go to trial without paying the costs already imposed. His neglect to pay these costs has interfered with a diligent prosecution of his action. The order appealed from is so modified as to provide that the complaint be dismissed, with ten dollars costs, unless the plaintiff pay the costs heretofore imposed, and notice this case for trial at the January, 1917, term; and as so modified the order is affirmed, without costs. Carr, Mills, Rich and Putnam, JJ., concurred; Jenks, P. J., not voting.

ARCHIBALD MORRISON, Appellant, v. NICKLAUS KRAUS, Respondent.— Order of the County Court of Queens county reversed, with ten dollars costs and disbursements, without prejudice to a new application to said court by the defendant, within ten days, for a reopening of his default upon additional affidavits. (See *Heischober* v. *Polishook*, 152 App. Div. 193; *Rothschild* v. *Haviland*, 172 id. 562.) The judgment to stand as security in the meantime. Thomas, Carr, Stapleton, Rich and Putnam, JJ., concurred.

MAX PHILLIPS, Respondent, v. WEST ROCKAWAY LAND COMPANY and Another, Appellants.— Argument of this appeal to stand over and be heard with the appeal from the judgment. (177 App. Div. 260.) Thomas, Carr, Stapleton and Putnam, JJ., concurred; Jenks, P. J., not voting.

PATRICK QUALEY, Respondent, v. PINES RUBBER COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs. (See *Warner* v. *Star Co.*, 162 App. Div. 458; *Piuntkosky* v. *Harrington's Sons Co.*, 167 id. 117; *Linker* v. *Jamison*, 173 id. 349.) Thomas, Carr, Stapleton and Putnam, JJ., concurred; Jenks, P. J., not voting.

FRANCIS X. ROUSSEAU, Respondent, v. THOMAS ROBB, JR., Individually, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. It is probable that the Special Term, exercising its discretion, was not satisfied with the sufficiency of the affidavit of defendants' attorney that the convenience of witnesses would be promoted by the granting of the motion. The deponent failed to specify the witnesses whom he had interviewed and to state the materiality of their evidence as a matter of personal knowledge. (See *Pattison* v. *Hines*, 105 App. Div. 282.) Thomas, Carr, Stapleton and Putnam, JJ., concurred; Jenks, P. J., not voting.